1  Robert S. Remar (SBN 100124)
2  Jacob F. Rukeyser (SBN 233781)
   LEONARD CARDER, LLP
3  1188 Franklin Street, Suite 201
   San Francisco, CA 94109
4  Tel.:   415-771-6400
   Fax:   415-771-7010
5  rremar@leonardcarder.com
6  jrukeyser@leonardcarder.com

7  *Attorneys for Plaintiff*, INTERNATIONAL
   LONGSHORE & WAREHOUSE UNION
8

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL: (415) 771-6400   FAX: (415) 771-7010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION ) ) ) | Case No. C-10-3646-CRB |
| ) Plaintiff, ) ) ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER** |
| v. ) ) PACIFIC MARITIME ASSOCIATION, ) ) Defendant. ) ) | |

1

STIPULATION OF DISMISSAL                                   Case No. 10-CV-3646-CRB

1  IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff
2 International Longshore and Warehouse Union ("ILWU") and Defendant Pacific Maritime
3 Association ("PMA"), through their undersigned designated counsel, that the above-captioned
4 action be and hereby is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure
5 41(a)(1).

6  **IT IS SO STIPULATED AND AGREED:**

8 Dated: October 7, 2010                LEONARD CARDER, LLP

9                                       By:   s/ Jacob F. Rukeyser
10                                            Jacob F. Rukeyser
                                              Attorneys for Plaintiff,
11                                            INTERNATIONAL LONGSHORE &
                                              WAREHOUSE UNION
12

13 Dated: October 7, 2010                MORGAN, LEWIS & BOCKIUS, LLP

14                                       By:   s/ Jason M. Steele
                                              Jason M. Steele
15                                            Attorneys for Defendant,
16                                            PACIFIC MARITIME ASSOCIATION

17 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19 Dated:  October 8, 2010



THE HONORABLE CHARLES R. BREYER
DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

2
STIPULATION OF DISMISSAL                                    Case No. 10-CV-3646-CRB